FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2025-2119

_____

YVENS FELIX,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____


On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.


May 12, 2026

PER CURIAM.

 AFFIRMED. The Court warns Appellant that any future filings that this Court determines to be frivolous may result in the imposition of sanctions, including a prohibition against any further pro se filings in this Court.

ROWE, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Yvens Felix, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.